# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| ALLEN SELLERS, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. |
| v. | : _____ |
| | : |
| GEORGIA STATE TROOPER | : |
| LEONARD MULLEN, | : |
| | : Jury Trial Demanded |
| Defendant. | : |

## PLAINTIFF'S ORIGINAL COMPLAINT

**NOW COMES** Allen Sellers ("Sellers"), complaining of Georgia State Trooper Leonard Mullen ("Mullen") for cause, showing this Honorable Court as follows:

### NATURE OF THE ACTION

1.     On the morning of February 6, 2022, Mullen initiated a Motor Vehicle stop of the vehicle being driven by Sellers.  Sellers was dragged from his vehicle and viciously beaten by and tased by Mullen.

2.     Mullen's use of force against Sellers was unreasonable, unjustified, wanton, and excessive and therefore violated Sellers' rights under the Fourth Amendment of the United States Constitution.

1

## PARTIES

3.    Plaintiff, Allen Sellers is an adult individual, and a resident of the State of Georgia.

4.    Defendant Leanord Mullen was at all relevant times, a duly appointed Trooper First Class in the Georgia State Patrol, acting within the scope of his employment and under color of law.

## JURISDICTION AND VENUE

5.    Jurisdiction exists in this Honorable Court pursuant to 28 U.S.C. §§ 1331 and 1343 as this action is brought pursuant to 42 U.S.C. § 1983 to redress a deprivation of the Fourth Amendment rights.

6.    Venue is proper in this Honorable Court because Defendant's constitutional violations and otherwise violative conduct occurred within the Northern District of Georgia.

## FACTUAL BACKGROUND

7.    On February 6, 2022 Mullen, while on duty, in uniform, and in a marked patrol car, initiated a stop of Sellers' vehicle.

8.    Upon information and belief, Mullen suspected Sellers of driving while intoxicated and intended to arrest Sellers and place him under arrest and into handcuffs.

2

9. Sellers was physically dragged from his vehicle, beaten with closed fists, tased, tackled, choked and smothered by Mullen.

10. Mullen's use of force was unjustified, disproportionate, excessive, and malicious.

11. The level of force used by Mullen was far beyond what any reasonable law enforcement officer would use to effectuate arrest.

12. The level of force used by Mullen was excessive and unreasonable based upon the facts and circumstances he confronted.

13. Mullen's use of excessive and unreasonable force caused Sellers to suffer traumatic, life threatening, and ongoing injuries.

14. Sellers was taken from the scene of his beating directly to the hospital where he went into a coma. He suffered a fractured skull, Subdural Hematoma, and traumatic brain injury.

15. Sellers' injuries required Sellers to undergo six brain surgeries and he remained hospitalized for approximately one month.

16. Sellers continues to suffer from PTSD, memory loss, sleep difficulties, and anxiety as a result of Mullen's excessive and unreasonable force.

3

## COUNT I: 42 U.S.C. § 1983
## EXCESSIVE FORCE

17.     Trooper First Class Leonard Mullen seized Allen Sellers, by way of his intentional use of force.

18.     Trooper First Class Leonard Mullen's use of force was unreasonable.

19.     Trooper First Class Leonard Mullen was acting under color of state law at the time that he used force against Sellers.

20.     Trooper First Class Leonard Mullen's unreasonable use of force caused Allen Sellers to suffer extreme and severe pain, severe physical injury, and mental anguish.

**WHEREFORE**, Plaintiff demands judgment in his favor, and against Trooper First Class Leonard Mullen pursuant to 42 U.S.C. § 1983, in an amount in excess of One Million Dollars ($1,000,000) including interest, delay damages, costs of suit, general and specific damages, punitive damages, attorneys' fees under 42 U.S.C. § 1985 and 1988, and any other remedies legally appropriate.

Dated:     January 26, 2024.

/s/ *Eric S. Fredrickson*
Eric S. Fredrickson
Georgia Bar No. 489783
Matthew S. Harman
Georgia Bar No: 327169

4

**HARMAN LAW FIRM LLC**
3575 Piedmont Road, NE
Bldg 15, Suite 1040
Atlanta, GA 30505
Telephone:  (404) 554-0777
Facsimile:  (404) 424-9370
Email:  mharman@harmanlaw.com
      efredrickson@harmanlaw.com


/s/ *Mark V. Maguire*
Mark V. Maguire, Esq.
123 S. Broad Street, Suite 2250
Philadelphia, PA 19109
(215) 545-8800
(215) 545-8805 (fax)
mmaguire@mceldrewyoung.com
(Pro Hac Vice Motion forthcoming)

***Attorneys for Plaintiff***

5